21-2427

Hyneman

-v-

AutoZone, Inc.

THOMAS L. PARKER                    CHARMIANE G. CLAXTON