# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| NEAL HYNEMAN, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | No. 2:21-cv-02427-TLP-cgc |
| v. ) ) | |
| AUTOZONE, INC. and AUTOZONERS, LLC, ) ) ) | |
| Defendants. ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint filed on June 24, 2021. (ECF No. 1.) In accordance with Plaintiff's Notice of Voluntary Dismissal (ECF No. 20), and under Federal Rules of Civil Procedure 41(a)(1)(A)(i),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITHOUT PREJUDICE**.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

September 30, 2021
Date